AUSA: Frank Dame Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Victor Mota Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Henry Leon Hutchinson Jr.

Case No. 26-MJ-30408

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 5, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a machinegun |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Victor Mota, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: July 10, 2026

City and state: Detroit

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Victor A. Mota, being first duly sworn, hereby state:

1. I have been employed as a Special Agent with the ATF since March 2020. I am currently assigned to the Detroit, Michigan Field Division, Group III, where I am tasked with investigating violations of firearms and narcotics laws. I have a bachelor's degree in criminal justice from Wayne State University and was previously employed in the Department of Homeland Security where I served as a Customs and Border Protection Officer for 12 years. I graduated from the Federal Law Enforcement Training Center and the ATF Special Agent Basic Training. I have been an affiant of Federal Search and Arrest Warrants pertaining to illegal narcotics and firearms.

2. As an ATF Special Agent, I have participated in criminal investigations, including investigations involving firearms, armed drug tracking violations, and criminal street gangs. I am familiar with a variety of investigative techniques and resources, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience.

The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

4. ATF is investigating Henry Leon Hutchinson Jr. for violation of 18 U.S.C. § 922(o) (illegal possession of machine gun).

## PROBABLE CAUSE

5. On May 5, 2026, a Michigan State Police (MSP) Trooper observed a black Nissan sedan bearing a partial registration plate of “RF” traveling at a high rate of speed eastbound on Interstate 96. After the trooper turned on his overhead emergency lights to start a traffic stop, the Nissan exited I-96 to Grand River Ave, and slowed down, but did not stop. The trooper then observed the sole occupant, a black male with braids or dreadlocks, throw an object consistent with a firearm from the front driver-side window onto the grassy area near the I-96’s shoulder.



6. The vehicle continued driving, disregarded the trooper's emergency lights, ran a red light, and made a left turn from the right-turn lane.

7. After the pursuit was terminated, MSP searched where the Nissan's driver tossed the object and found a firearm just down the highway embankment. The firearm was a Glock 19, 9mm pistol, equipped with a loaded extended magazine and a blue machinegun conversion device (MCD):





8. A license plate reader near the Grand River exit on I-96 captured a similar Nissan at the same time with a license plate “20286 RF,” consistent with the trooper’s observation of a license plate ending in “RF.” Law enforcement inquiry showed that Hutchinson’s mother had rented this vehicle from May 4, 2026, to May 6, 2026. On May 6, 2026, police stopped this car in a traffic stop. Hutchinson was driving the car with another passenger.

9. I conducted a search of Hutchinson’s Michigan Secretary of State identification photo. Hutchinson identification photograph is consistent with MSP description of the Nissan driver; black male with braids or dreadlocks. Below is Hutchinson’s Michigan Secretary of State identification photo:



10. A preliminary review of historical cellular data associated with Hutchinson's phone, obtained pursuant to a federal search warrant, indicates that on May 5, 2026, at the time the MSP trooper attempted the traffic stop, Hutchinson's device accessed cellular towers covering the area. Preliminary ballistic analysis of shell casings fired from the recovered Glock 19 equipped with an MCD linked this firearm to an April 29, 2026, shooting in Detroit. ShotSpotter data and accompanying audio from that incident indicated that a potential machine gun may have been used. A preliminary analysis of historical cellular data associated with Hutchinson's phone indicates that it connected to cellular towers covering where the shooting took place at the time.

11. 18 U.S.C. § 922(o) prohibits the possession of a machinegun manufactured after May 19, 1986. An individual can affix an MCD to a Glock pistol to make the pistol shoot automatically and function as a machinegun. Pursuant to 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b), "machinegun" means "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without

manual reloading, by a single function of the trigger." The term also include "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person." 26 U.S.C. § 5845(b). An MCD—commonly referred to as "Glock Switch" or "Glock Auto Sear"—is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock pistol into a weapon that shoots automatically more than one shot, without manual reloading, by a single function of the trigger machinegun; therefore, it is a "machinegun." Further, ATF is not aware of any machinegun conversion devices for Glock pistols that were developed before May 19, 1986. As such, MCDs for Glock pistols are considered post-1986 machineguns.

12. Based on his phone communications with associates regarding MCDs, probable cause exists to believe that Hutchinson knew what MCDs are and understood their functionality. For example, in November 2023, when an associate asked him to send a picture of "button compared to green" ("button" is slang term known to refer to an MCD), Hutchinson's phone sent an image depicting a suspected firearm equipped with a green MCD:



## CONCLUSION

13. Probable cause exists to believe that on or about May 5, 2026, in the Eastern District of Michigan, Hutchinson knowingly and intentionally possessed a Glock 19, 9mm pistol bearing serial number BTPA690 and equipped with a machinegun conversion device, in violation of 18 U.S.C. § 922(o) (illegal possession of machinegun).

Respectfully submitted,

Victor Mota, Special Agent
Bureau of Alcohol, Tobacco &
Firearms

Sword to before me and signed in my
presence and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Dated: July 10, 2026